# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
Eduardo Moreno
Defendant.

Western Division

Case Number: 2:20-MJ-01480
Initial App. Date: 04/01/2020
Initial App. Time: 2:00 PM

Local Complaint
Custody

Date Filed: 04/01/2020
Violation: 18 USC 1992
CourtSmart/ Reporter: CS 4.1.2020

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Michael R. Wilner**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT:
Deputy Clerk: McKamie, Veronica
Assistant U.S. Attorney: Christine Ro
Interpreter/Language: None

- ☐ INITIAL APPEARANCE NOT HELD - CONTINUED
- ☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.
- ☑ Defendant states true name ☑ is as charged ☐ is _____
- ☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- ☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
- ☑ Attorney: Lisa LaBarre, DFPD ☑ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
- ☐ Special appearance by: _____
- ☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED
- ☑ Defendant is ordered: ☐ Permanently Detained ☑ Temporarily Detained (see separate order).
- ☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
- ☑ Preliminary Hearing waived.
- ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- ☐ Preliminary Hearing set for _____ at 4:30 PM _____
- ☑ PIA set for: May 7, 2020 at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
- ☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☐ Defendant executed Waiver of Rights. ☐ Process received.
- ☐ Court ORDERS defendant Held to Answer to _____ District of _____
  - ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  - ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  - ☐ Warrant of removal and final commitment are ordered stayed until _____
- ☑ Case continued to (Date) April 3, 2020 (Time) 2:00 AM/PM
  Type of Hearing: Detention Before Judge Wilner / Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom ☑ Judge's Courtroom 550
- ☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ RELEASE ORDER NO: _____
- ☑ Other: Advisement of Rights submitted + filed. Waiver of Presence submitted + filed. CR-35

☑ PSA ☐ USPO ☑ FINANCIAL ☑ READY
Deputy Clerk Initials VR

M-5 (10/13)    CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE    Page 1 of 1