# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>EDUARDO MORENO | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>20-MJ-1480<br><br>**WAIVER OF INDICTMENT** |
|---|---|---|

I, _____EDUARDO MORENO_____, the above-named defendant, who is accused of _____Terrorist Attacks and other Violence against Railroad Carriers_____, in violation of _____18 U.S.C. § 1992(a)(1)_____, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

May 22, 2020
_____
*Date*

May 22, 2020
_____
*Date*

_____
*Date*

/s/ Eduardo Moreno signed with permission by Lisa LaBarre
_____
*Defendant*

[signature]
_____
*Counsel for Defendant*

_____
Before:  *Judicial Officer*

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages.  I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

_____
*Date*

_____
*Interpreter*

CR-57 (06/14)                              **WAIVER OF INDICTMENT**