**FILED**
CLERK, U.S. DISTRICT COURT

05/29/2020

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____ DM \_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>EDUARDO MORENO,<br><br>            Defendant. | No. CR 20- 2:20-cr-00209-PSG<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1992(a)(1):<br>Terrorist Attacks and other<br>Violence against Railroad<br>Carriers and Mass Transportation<br>Systems] |

The United States Attorney charges:

[18 U.S.C. § 1992(a)(1)]

On or about March 31, 2020, in Los Angeles County, within the Central District of California, defendant EDUARDO MORENO knowingly and without lawful authority and permission, wrecked, derailed, and disabled railroad on-track equipment, namely a train, locomotive, tender, motor unit, freight car, and other on-track equipment, used, operated, and employed by Pacific Harbor Line, Inc., a railroad carrier engaged in interstate and

///

///

///

///

foreign commerce.  The conduct required for this offense was engaged in, on, and against, and affected, Pacific Harbor Line, Inc.

NICOLA T. HANNA
United States Attorney

*/s/ Christopher D. Grigg*

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, Terrorism and Export
Crimes Section

REEMA M. EL-AMAMY
CHRISTINE M. RO
WILLIAM M. ROLLINS
Assistant United States Attorneys
Terrorism and Export Crimes
Section