

*Memorandum*



| Subject: | Date: |
|---|---|
| <u>United States v. Eduardo Moreno</u> | May 29, 2020 |
| | 2:20-cr-00209-PSG |

To:  
KIRY K. GRAY  
Clerk, United States District Court  
Central District of California

From:  
CHRISTINE M. RO  
Assistant United States Attorney  
National Security Division

For purposes of determining whether the above-referenced matter, being filed on May 29, 2020:

(a)   should be assigned to the Honorable André Birotte Jr., it

☐ is

☒ is not

a matter that was pending in the United States Attorney's Office (USAO) on or before August 8, 2014, the date the Honorable André Birotte Jr. resigned from his position as the United States Attorney for the Central District of California.

(b)   should be assigned to the Honorable Michael W. Fitzgerald, it

☐ is

☒ is not

(1) a matter that was pending in the Terrorism and Export Crimes Section in the USAO's National Security Division on or before August 3, 2015; (2) a matter pending in the USAO's National Security Section in the USAO's Criminal Division on or before August 3, 2015, or a matter in which the National Security Section was previously involved; (3) a matter pending in the USAO's National Security Division between September 14, 2016 and March 20, 2020; or (4) a matter in which Assistant United States Attorney Patrick R. Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

CHRISTINE M. RO  
Assistant United States Attorney