AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
LISA SHINAR LABARRE (Bar No. 246429)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
EDUARDO MORENO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDUARDO MORENO,<br><br>　　　　　Defendant. | CR No, 20-209-PSG<br><br>**DEFENDANT EDUARDO MORENO'S WAIVER OF ARRAIGNMENT PURSUANT TO FED. R. CRIM. P. 10(b)**<br><br>Hearing Date: June 1, 2020<br>Hearing Time: 11:00 a.m.<br><br>[Proposed Order Concurrently Filed] |

　　　Defendant Eduardo Moreno, by and through his counsel of record, Deputy Federal Public Defender Lisa Shinar LaBarre, hereby files this waiver of arraignment pursuant to Federal Rule of Criminal Procedure 10(b).

　　　By her signature below, defense counsel certifies that defendant has received a copy of the information filed in this case; that defendant knows and understands the accusations against him, and, that defendant is aware that he is entitled to be arraigned in open court. Defense counsel further certifies that defendant waives his right to be present in open court for arraignment, the right to a reading of the information or the stating of the substance of the charge in open court, and that defendant enters a plea of

Not Guilty.

Lastly, defense counsel certifies that defendant, having been advised of his rights, waives prosecution by indictment and consents that the proceedings may be by information rather than indictment. Counsel is concurrently filing Form CR-57 with this application.

Prior to filing, defense counsel provided the government a copy of this notice. Defense counsel certifies that the government does not object to defendant's waiver.

Defendant respectfully requests that the Court accept this waiver, issue the concurrently filed proposed order, and take the post-indictment arraignment hearing, currently set for June 1, 2020 off calendar.

Respectfully submitted,
AMY M. KARLIN
Interim Federal Public Defender

DATED: May 29, 2020    By  /s/ Lisa L. Barre

LISA SHINAR LABARRE
Deputy Federal Public Defender
Attorney for Eduardo Moreno