UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | 2:20-cr-00209-PSG |
| v. | |
| Eduardo Moreno | NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| February 5, 2021 | 37 | Notice of Appearance or Withdrawal of Counsel |
| --- | --- | --- |
| Date Filed | Doc. No. | Title of Doc. |

**ERRORS WITH DOCUMENT**

- [ ] A Certificate of Good Standing is not attached to the pro hac vice application
- [ ] Caption of document is incomplete/incorrect
- [ ] Case number is incorrect or missing
- [ ] Document linked incorrectly to the wrong document/docket entry
- [ ] Document submitted in the wrong case
- [ ] Hearing information is missing, incorrect, or not timely
- [ ] Incorrect document is attached to the docket entry
- [✓] Incorrect event selected.  Correct event to be used is  See below
- [ ] Leave of court required for filing
- [ ] Proposed document was not submitted as separate attachment
- [ ] Title page is missing
- [ ] F.R.Civ.P 15 Amended pleading is untimely
- [ ] Local Rule 7.1-1 No Notice of Interested Parties and/or no copies
- [ ] Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- [ ] Local Rule 11-6 Memorandum/brief exceeds 25 pages
- [ ] Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- [ ] Local Rule 19-1 Complaint/Petition includes more than 10 Does or fictitiously named parties
- [ ] Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- [ ] Local Rule 56-2 Statement of genuine disputes of material fact lacking
- [ ] Other:

Criminal Events . . . Motions and Related Filings . . .Applications/Ex Parte Applications/Motions Petitions/ Requests . . . Requests . . . Substitute Attorney (G-01).  Note: Wrong event does not provide relief or changes sought.

Note: **In response to this notice, the Court may:  1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate.  You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: February 8, 2021          By: Lupe_Thrasher@cacd.uscourts.gov
                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-112A (05/19)          NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS