1  TRACY L. WILKISON
   Acting United States Attorney
2  CHRISTOPHER D. GRIGG
   Assistant United States Attorney
3  Chief, National Security Division
   REEMA M. EL-AMAMY (Cal. Bar No. 237743)
4  CHRISTINE M. RO (Cal. Bar No. 285401)
   WILLIAM M. ROLLINS (Cal. Bar No. 287007)
5  Assistant United States Attorneys
   Terrorism and Export Crimes Section
6       1500 United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        Telephone: (213) 894-0552/4496/7407
8       Facsimile: (213) 894-2927
        E-mail:    Reema.El-Amamy@usdoj.gov
9                  Christine.Ro@usdoj.gov
                   William.Rollins@usdoj.gov
10

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
12

**FILED**
CLERK, U.S. DISTRICT COURT
4/16/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

link 54
cc: PSA/USPO

13                UNITED STATES DISTRICT COURT

14              FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 | UNITED STATES OF AMERICA,     | No. CR 20-00209-PSG
16 |        Plaintiff,             | [~~PROPOSED~~] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING
17 |           v.                  | EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT
18 | EDUARDO MORENO,               |
19 |        Defendant.             | **[PROPOSED] TRIAL DATE: [08-24-21]**

23      The Court has read and considered the Stipulation Regarding

24 Request for (1) Continuance of Trial Date and (2) Findings of

25 Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

26 parties in this matter on April 15, 2021.  The Court hereby finds

27 that the Stipulation, which this Court incorporates by reference into

28 this Order, demonstrates facts that support a continuance of the

trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from April 27, 2021 to August ~~24~~ 26, 2021. The Status Conference is continued to August 13, 2021

2. The time period of April 27, 2021 to August 24, 2021, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of

//
//
//
//
//
//

2

the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

4/16/21
DATE

UNITED STATES DISTRICT JUDGE