# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: **2:20-cr-00209-PSG-1**　　　　　　　　　　Date: **December 16, 2021**

Present: The Honorable **PHILIP GUTIERREZ**, ☑ District Judge / ☐ Magistrate Judge

| Patricia Gomez | Ecro | N/A | Reema El-Amamy |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

| USA v. DEFENDANT(S) PRESENT | ATTORNEYS PRESENT FOR DEFENDANTS |
|---|---|
| Eduardo Moreno ☑ Custody ☐ Bond ☐ O/R | Edward Robinson ☐ Appointed ☑ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |

**PROCEEDINGS:**

☑ Defendant moves to change plea to the Single Count Information.
☑ Defendant now enters a new and different plea of Guilty to Count(s) **Single Count** of the Information.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **March 11, 2022 at 10:00 AM** for sentencing.
☑ The Court vacates the court and/or jury trial date.
☐ The pretrial conference set for _____ is off calendar as to defendant _____.
☐ Court orders:

☐ Other:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　: **28**
　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk **PG**

cc: *Probation Office*

CR-08 (09/09)　　　　　　CRIMINAL MINUTES - CHANGE OF PLEA